Vahram **CHIMCHIRIAN**, Petitioner, v. Guy T. **HELVERING**, Commissioner of Internal Revenue.

No. 7902.

United States Court of Appeals for the District of Columbia.

Decided Feb. 26, 1942.

Mr. Henry Ward Beer, of New York City, for petitioner.

Mr. Lee A. Jackson, Special Assistant to the Attorney General, with whom Assistant Attorney General Clark and Mr. J. Louis Monarch, Special Assistant to the Attorney General, were on the brief, for respondent. Messrs. Sewall Key, Special Assistant to the Attorney General, and J. P. Wenchel, Chief Counsel, Bureau of Internal Revenue, and Robert L. Williams, Special Attorney, Bureau of Internal Revenue, both of Washington, D. C., also entered appearances for respondent.

Before GRONER, Chief Justice, and MILLER, and VINSON, Associate Justices.

PER CURIAM.

The reasons given and the conclusions reached in the opinion of the Board of Tax Appeals[1] are, in our opinion, correct. Petitioner's contention that the Board abused its discretion in denying his motion for a rehearing is without merit.[2] We therefore affirm its decision and approve its order.

[1] Chimchirian v. Commissioner of Internal Revenue, 42 B.T.A. 1437.

[2] Bankers' Pocahontas Coal Co. v. Burnet, 287 U.S. 308, 313, 53 S.Ct. 150, 77 L.Ed. 325; Commissioner of Internal Revenue v. Sussman, 2 Cir., 102 F.2d 919, 923. Cf. Roerich v. Helvering, 73 App.D.C. 13, 15, 115 F.2d 39, 41.